HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MANUEL BURCIAGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MANUEL BURCIAGA,<br><br>        Defendant. | No.  Cr. F 06-269 LJO<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

Defendant, MANUEL BURCIAGA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On May 19, 2008, this Court sentenced Mr. Burciaga to 84 months on Count 2, for a violation of 21 U.S.C. §§ 841(a)(1) and 846, and 60 months on Count 3, for a violation of 18 U.S.C. § 924(c), to be served consecutively, for a total term of 144 months imprisonment;

3. His total offense level as to Count 2 was 25, his criminal history category was IV, and the resulting guideline range was 84-105 months;

4. The sentencing range applicable to Mr. Burciaga was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Burciaga's total offense level has been reduced from 25 to 23, and his amended guideline range as to Count 2 is 70 to 87 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Burciaga's term of imprisonment to a total term of 130 months.

Respectfully submitted,

| | |
|---|---|
| Dated:  May 27, 2015 | Dated:   May 27, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Kathleeen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>MANUEL BURCIAGA |

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Burciaga is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 70 to 87 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2008 is reduced to a term of 70 months on Count 2 and 60 months on Count 3, to be served consecutively, for a total term of 130 months imprisonment.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Burciaga shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

   Dated:   **May 28, 2015**              **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE