AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

EASTERN   District of   CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:06CR00269-001 LJO |
| MANUEL BURCIAGA ) | |
| ) | USM No: 63025-097 |
| Date of Original Judgment:  05/19/2008 ) | |
| Date of Previous Amended Judgment: ) | David M. Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  84 months Count 2, 60 months Count 3, 144 months to be served consecutively  months **is reduced to**  70 Months Count 2, 60 Months Counts 3, 130 months to be served consecutively .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   05/19/2008   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  5/28/2015        /s/ Lawrence J. O'Neill
                              *Judge's signature*

Effective Date:  11/01/2015   Honorable Lawrence J. O'Neill, District Court Judge