UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MANUEL BURCIAGA,<br><br>　　　　Defendant. | 1:06-CR-00269-01-DAD<br><br>**ORDER GRANTING JOINT APPLICATION TO CONFORM WRITTEN JUDGMENT TO ORAL PRONOUNCEMENT** |

For good cause shown, the parties' Joint Application to Conform Written Judgment to Oral Pronouncement is hereby **GRANTED.** The judgment shall be amended so that Special Condition Number Six shall provide as follows:

> 6.　　The defendant shall be monitored for a period of up to 6 months, at the discretion of the U.S. Probation Office, with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay the costs of location monitoring based upon their ability to pay as directed by the probation officer. In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as follows:
>
> 　　a.　　The defendant shall be restricted to his residence as directed by the probation officer. (Curfew)

IT IS SO ORDERED.

Dated:　**November 2, 2020**　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE