UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MANUEL BURCIAGA,<br><br>  Defendant. | 1:06-CR-00269-01-DAD<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

The motion of appointed appellate counsel, Elizabeth Richardson-Royer, to withdraw as counsel of record is hereby **GRANTED.**

IT IS SO ORDERED.

Dated:   **February 14, 2022**

UNITED STATES DISTRICT JUDGE